Case 1:15-cv-06100-ERK-ST    Document 22    Filed 07/25/16    Page 1 of 2 PageID #: 95

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x        15-cv-06100 (ERK)(ST)

JOEL ROSENZWEIG and FAIGHY
ROSENZWEIG, on behalf of themselves
and all other similarly situated consumers,

        Plaintiffs

      -against-

GREEN & COHEN, P.C., JASON M. GREEN,
ESQ. and DWAYNE THOMAS,

        Defendants

--------------------------------------------------------x

### STIPULATION OF VOLUNTARY DISMISSAL

TO THE CLERK OF THE COURT:

    IT IS HEREBY STIPULATED by the parties named in the above-entitled action pursuant to

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that no party named herein is an

infant or an incompetent person, that the above-entitled action shall be, and hereby is, voluntarily

dismissed by the Plaintiffs, JOEL ROSENZWEIG and FAIGHY ROSENZEIG, with prejudice

as to said Plaintiffs, without prejudice as to the putative class defined by the Plaintiffs, and

without costs or attorneys fees as to any party named herein. Being that the settlement negotiated

between the parties will be paid over six months commencing in September, 2016, the parties

retain their rights to reopen this lawsuit until March 31, 2017 if the settlement is not

consummated as agreed.

DATED: July, 2016
      New York, New York

ROBERT L. ARLEO, ESQ. P.C.

By: /s/ *Robert L. Arleo*
    ROBERT L. ARLEO
    380 Lexington Avenue
    17th Floor
    New York, New York 10168
    PHONE (212) 551-1115
    FAX: (518) 751-1801
    Email: robertarleo@gmail.com
    Attorney for the Defendants
    Green & Cohen, P.C. and Jason M.
    Green, Esq.

DATED: July 20, 2016
      Cedarhurst, New York

ADAM J. FISHBEIN, P.C.

By: /s/ *Adam J. Fishbein*
    483 Chestnut Street
    Cedarhurst, New York 11516
    PHONE: (516) 791-4400
    FAX: (516) 791-4411
    Email: fishbeinadamj@gmail.com
    Attorney for the Plaintiffs

SO ORDERED:

s/ Edward R. Korman

7/27/16